

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-26-00042-CV

Timothy **BUTLER** and Sharla Butler,
Appellants

v.

**SECRETARY OF THE U.S. DEPARTMENT OF VETERANS AFFAIRS**,
an Officer of the United States,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2025-CV-08556
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: March 11, 2026

DISMISSED

By letter dated January 14, 2026, appellants were instructed to pay the $205.00 filing fee for this appeal. Our record contains no evidence that appellants are excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. On February 9, 2026, this court ordered appellants to show cause in writing by February 19, 2026, that the filing fee had been paid. Appellants were advised that if they failed to respond within the time provided, this appeal would be dismissed for

failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c). Appellants did not respond or pay the filing fee. Accordingly, this appeal is dismissed for failure to pay the filing fee. *See id.*

PER CURIAM